# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JIMMY DON TURNBOUGH**  **PETITIONER**
ADC #152249

V.   No. 4:21-CV-00723-LPR-ERE

**DEXTER PAYNE, Director,**
Arkansas Department of Correction  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Recommended Disposition and the record, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the § 2254 petition is DISMISSED.

IT IS SO ORDERED this 28th day of April, 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE