# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JIMMY DON TURNBOUGH**  **PETITIONER**
**ADC   #152249**

V.  No. 4:21-CV-00723-LPR-ERE

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, the § 2254 petition is DISMISSED.   This case is now closed.

DATED this 28th day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE